**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

          Plaintiff,          Case No: 08-20669-9

v.

JUAN GABRIEL LARA-TELLO,

          Defendant.
_____/

## ORDER GRANTING GOVERNMENT'S MOTION FOR DETENTION

This matter has come before the court for a de novo review of the government's appeal of Magistrate Judge R. Steven Whalen's order for bond as to defendant Juan Gabriel Lara-Tello. For the reasons fully stated on the record the government's appeal of the Magistrate Judge's order is GRANTED that the defendant is remanded to the custody of the US Marshals to be detained.

          S/Robert H. Cleland
          ROBERT H. CLELAND
          UNITED STATES DISTRICT JUDGE

Dated: September 22, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 22, 2015, by electronic and/or ordinary mail.

          S/Lisa Wagner
          Case Manager and Deputy Clerk
          (313) 234-5522